# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEFFREY A. OMATICK | : No. 315 WAL 2022 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth |
| | : Court |
| CECIL TOWNSHIP ZONING HEARING BOARD | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| CECIL TOWNSHIP BOARD OF SUPERVISORS | : |
| | : |
| | : |
| PETITION OF: JEFFREY A. OMATICK | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.